[Nos. 2166–1; 2167–1.   Division One.   November 7, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. ALBERT
THOMAS DUANE, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 61729, Robert M. Elston, J., entered March 2, 1973. *Affirmed* by unpublished per curiam opinion.

[No. 4294–1.   Division One.   November 7, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE
EDWARD TALLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 71013, Lloyd W. Bever, J., entered November 20, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 4392–1.   Division One.   November 7, 1977.]

THOMAS MORELLI, *Respondent,* v. GEORGIA–PACIFIC
CORPORATION, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 48487, Jack S. Kurtz, J., entered January 9, 1976. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by Callow and Andersen, JJ.